UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| DANYAL AND AMELIA SOLOMON, Individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>FRONTIER AIRLINES, INC.,<br><br>Defendant. | No. _____ |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332(a), 1441(b) and 1446(a), Defendant Frontier Airlines, Inc. ("Frontier") removes to the United States District Court for the Eastern District of Kentucky this lawsuit, originally filed in the Kenton County Circuit Court, No. 20-Cl-01522. As grounds for removal of this action, Frontier states:

**I.   CASE BACKGROUND**

1. On October 26, 2020, Plaintiffs Danyal and Amelia Solomon filed their Class Action Complaint in the Kenton County Circuit Court. Exhibit A, Notice of Service of Process, Summons and Complaint. Plaintiffs served the Complaint on Frontier on November 2, 2020. *Id.*

2. Plaintiffs allege they are Kentucky citizens and that Frontier is a Colorado corporation. Complaint ¶¶ 13-14.

3. Plaintiffs allege Frontier should have refunded the $861.62 they paid for a Frontier flight scheduled from Cincinnati International Airport to Mexico that Plaintiffs canceled due to the COVID-19 pandemic after receiving an invitation from Frontier to do so, and Frontier later canceled the flight. Complaint ¶¶ 26-32.

1133296v.1

4. Plaintiffs request compensatory and punitive damages, and seek to represent a proposed class of "[a]ll individuals who entered into a purchase agreement with Defendant for tickets for flights provided by Defendant to or from CVG [Cincinnati International Airport] whose flights were ultimately canceled by Defendant, were provided with the flight cancellation emails or comparable notices by Defendant that failed to inform them of their right to a full refund of the ticket price." Complaint ¶¶ 47, 59, 65, 70-73. Plaintiffs believe the proposed class "will consist of more than a thousand members." Complaint ¶ 48.

## II.   BASIS FOR REMOVAL

5. This action is a civil action removable to this Court pursuant to 28 U.S.C. §§ 1332(a), 1441(b) and 1446(a). This Court has diversity jurisdiction over this action because Plaintiffs allege that they and Frontier are citizens of different states, seek compensatory damages, noting the $861.62 ticket purchase price, punitive damages, and seek to represent a class they believe "will consist of more than a thousand members," satisfying the $75,000 amount in controversy requirement. Complaint ¶¶ 13-14, 47-48, 59, 65, 70-73. Based on Plaintiffs' allegations, this Court has diversity jurisdiction of this litigation pursuant to §§ 1332(a).

6. Frontier denies the allegations in Plaintiffs' Complaint. Nevertheless, for removal purposes, this action satisfies the requirements of 28 U.S.C. §§ 1332(a), 1441(b) and 1446(a). This action is properly removed to this Court.

7. On November 2, 2020, Plaintiffs served their Complaint on Frontier. Accordingly, this Notice of Removal is timely because it was filed within 30 days of service on Frontier of the Complaint. 28 U.S.C. § 1446(b). The Notice of Filing of Notice of Removal, filed concurrently with the Kenton County Circuit Court, is attached as Exhibit B.

8. Pursuant to 28 U.S.C. § 1446(a), true and legible copies of the Notice of Service of Process, Summons and Complaint accompany this Notice. These documents comprise the process, pleadings, or orders served on Frontier during the pendency of the case before the Kenton County Circuit Court.

9. Venue in this Court is proper because this Court is "the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). This action is properly removed to the United States District Court for the Eastern District of Kentucky, which comprises, among other jurisdictions, Kenton County. 28 U.S.C. § 112(c).

## CONCLUSION

Based on the foregoing, Frontier respectfully requests that this Court accept this Notice of Removal to the United States District Court for the Eastern District of Kentucky, pursuant to 28 U.S.C. §§ 1332(a), 1441(b) and 1446(a).

Dated: November 23, 2020              Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

By:   /s/ *James Burd, Esq.*
       James Burd, Esq. (KY 84382)
       100 Mallard Creek Road, Suite 250
       Louisville, KY 40207
       Telephone: 502-238-8500
       Facsimile: 502-238-7995
       james.burd@wilsonelser.com

*Attorneys for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served on the following counsel of record via electronic mail and first class mail this 23rd day of November 2020:

MICHAEL J. O'HARA
SHEREE E. WEICHOLD
JESSICA N. WIMSATT
O'HARA, TAYLOR, SLOAN & CASSIDY
25 Town Center Boulevard, Suite 201
Covington, Kentucky 41017
Phone: (859) 331-2000
Fax: (859) 578-3365
mohara@oharataylor.com
sweichold@oharataylor.com
jwimsatt@oharataylor.com

***Attorneys for Plaintiffs***

/s/ *James Burd, Esq.*
James Burd, Esq.