UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| DANYAL AND AMELIA SOLOMON, Individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>FRONTIER AIRLINES, INC.,<br><br>Defendant. | No. _____ |

**DEFENDANT FRONTIER AIRLINES, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Frontier Airlines, Inc. ("Frontier"), certifies that Frontier's parent corporation is Frontier Airlines Holdings, Inc., which is not a publicly held company.

Dated: November 23, 2020                Respectfully submitted,

                                         **WILSON, ELSER, MOSKOWITZ,**
                                         **EDELMAN & DICKER LLP**

                    By:    /s/ *James Burd, Esq.*
                            James Burd, Esq. (KY 84382)
                            100 Mallard Creek Road, Suite 250
                            Louisville, KY 40207
                            Telephone: 502-238-8500
                            Facsimile: 502-238-7995
                            james.burd@wilsonelser.com

                            *Attorneys for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of Defendant's Corporate Disclosure Statement was served on the following counsel of record via electronic mail and first class mail this 23rd day of November 2020:

MICHAEL J. O'HARA
SHEREE E. WEICHOLD
JESSICA N. WIMSATT
O'HARA, TAYLOR, SLOAN & CASSIDY
25 Town Center Boulevard, Suite 201
Covington, Kentucky 41017
Phone: (859) 331-2000
Fax: (859) 578-3365
mohara@oharataylor.com
sweichold@oharataylor.com
jwimsatt@oharataylor.com

*Attorneys for Plaintiff*

/s/ *James Burd, Esq.*
James Burd, Esq.