## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| DANYAL AND AMELIA SOLOMON, Individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>FRONTIER AIRLINES, INC.,<br><br>Defendant. | No. 2-20-cv-00165-DLB-CJS |

## MOTION TO TRANSFER VENUE

Defendant Frontier Airlines, Inc. ("Frontier") hereby moves the Court for an order granting its Motion to Transfer Venue. Frontier respectfully requests that this Court transfer this case to the United States District Court for the District of Colorado, where Frontier is headquartered and witnesses are based, and six other overlapping putative nationwide class actions are pending and have been consolidated. This Motion is based on the contents of this Motion, the accompanying Memorandum of Points and Authorities, the pleadings, records, and files in this action, and such other written or oral arguments as may be presented at or before the time this Motion is taken under submission by the Court.

1133412v.1

## CERTIFICATION OF COUNSEL

The undersigned certifies that on November 23, 2020, counsel for Frontier Airlines, Inc. contacted Plaintiffs' counsel to request consent for the relief requested in this Motion to Transfer Venue. Counsel have discussed this Motion, and Plaintiffs' counsel have advised that they do not consent to the requested relief at this time.

Dated: November 25, 2020               Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

By:    /s/ *James M. Burd, Esq.*
James M. Burd, Esq. (KY 84382)
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
Telephone: 502-238-8500
Facsimile: 502-238-7995
james.burd@wilsonelser.com

*Attorneys for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of Defendant's Motion to Transfer Venue was served on the following counsel of record via ECF this 25th day of November 2020:

MICHAEL J. O'HARA
SHEREE E. WEICHOLD
JESSICA N. WIMSATT
O'HARA, TAYLOR, SLOAN & CASSIDY
25 Town Center Boulevard, Suite 201
Covington, Kentucky 41017
Phone: (859) 331-2000
Fax: (859) 578-3365
mohara@oharataylor.com
sweichold@oharataylor.com
jwimsatt@oharataylor.com
*Attorneys for Plaintiffs*

/s/ *James M. Burd, Esq.*
James M. Burd, Esq.

2

1133412v.1