UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| DANYAL AND AMELIA SOLOMON, Individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>FRONTIER AIRLINES, INC.,<br><br>Defendant. | No. 2-20-cv-00165-DLB-CJS |

## ORDER

Having considered Defendant Frontier Airlines, Inc.'s Motion to Transfer Venue to the United States District Court for the District of Colorado, any opposition and reply, it is hereby ORDERED that the Motion is GRANTED, and it is further ORDERED that:

1. This action is hereby transferred pursuant to 28 U.S.C. § 1404 to the United States District Court for the District of Colorado;

2. Defendant's time to respond to Plaintiffs' Complaint is stayed until ten days after this action is entered on the docket of the United States District Court for the District of Colorado; and

3. Defendant does not waive any of its responses or defenses to the Complaint or to any of the allegations or the cause of action plead in the Complaint.