# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| DANYAL AND AMELIA SOLOMON, Individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>FRONTIER AIRLINES, INC.,<br><br>Defendant. | No. 2-20-cv-00165 |

## MOTION TO DISMISS

Defendant Frontier Airlines, Inc. ("Frontier") hereby moves the Court for an order granting its Motion to Dismiss. Frontier respectfully requests that this Court dismiss all of Plaintiffs' claims against it. This Motion is based on the contents of this Motion, the accompanying Memorandum of Points and Authorities, the pleadings, records, and files in this action, and such other written or oral arguments as may be presented at or before the time this Motion is taken under submission by the Court.

Dated: November 30, 2020    Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

By:  /s/ *James Burd, Esq.*
James Burd, Esq. (KY 84382)
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
Telephone: 502-238-8500
Facsimile: 502-238-7995
james.burd@wilsonelser.com

*Attorneys for Defendant Frontier Airlines, Inc.*

1

972660v.2

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of Defendant's Motion to Dismiss, Memorandum of Points and Authorities and Proposed Order was served on the following counsel of record via ECF this 30th day of November 2020:

MICHAEL J. O'HARA
SHEREE E. WEICHOLD
JESSICA N. WIMSATT
O'HARA, TAYLOR, SLOAN & CASSIDY
25 Town Center Boulevard, Suite 201
Covington, Kentucky 41017
Phone: (859) 331-2000
Fax: (859) 578-3365
mohara@oharataylor.com
sweichold@oharataylor.com
jwimsatt@oharataylor.com

*Attorneys for Plaintiffs*

/s/ *James Burd, Esq.*
James Burd, Esq.