UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| DANYAL AND AMELIA SOLOMON, Individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>FRONTIER AIRLINES, INC.,<br><br>Defendant. | No. 2-20-cv-00165 |

## DECLARATION OF JAMES M. BURD

I, James M. Burd, declare as follows:

1. I am an attorney with the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, which represents Defendant Frontier Airlines, Inc. ("Frontier") in the above-captioned matter, and a member in good standing of the bar of this Court.

2. I submit this Declaration for the limited purpose of putting before this Court a certain document in support of Frontier's Motion to Dismiss Plaintiffs' Complaint.

3. Attached as Exhibit 1 is a true and correct copy of Frontier's Contract of Carriage in effect in January 2020, when Plaintiffs allege they purchased their tickets for a Frontier flight. The attached Contract of Carriage was in effect until April 16, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 30, 2020, in Louisville, Kentucky.

_____
James M. Burd

1136950v.1