**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| DANYAL AND AMELIA SOLOMON, Individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>FRONTIER AIRLINES, INC.,<br><br>Defendant. | No. 2-20-cv-00165 |

**ORDER**

Having considered Defendant Frontier Airlines, Inc.'s Motion to Dismiss, any opposition and reply, it is hereby ORDERED that the Motion is GRANTED, and it is further ORDERED that: This action is hereby dismissed with prejudice.

1

972660v.2