UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **DANYAL AND AMELIA SOLOMON,** Individually and on behalf of other similarly situated individuals, | **CIVIL CLASS ACTION** |
| **Plaintiffs** | **Case No. 2-20-cv-00165-DLB-CJS** |
| v. | |
| **FRONTIER AIRLINES, INC.** | |
| **Defendant.** | |

**ORDER OF REMAND**

Plaintiffs having moved the Court to remand this matter to the Kenton Circuit Court, arguing that this Court lacks jurisdiction under 28 U.S.C. §§ 1332(a), 1441(b), and 1447(a), and the Court having considered the arguments of the parties; and the Court having found that Defendant has not met its burden of demonstrating that the case meets the amount in controversy threshold set out in 28 U.S.C. § 1332(a); and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that the above captioned matter be and is hereby **REMANDED** to the Commonwealth of Kentucky, Kenton Circuit Court.

SO ORDERED this _____ day of _____, 20___.

_____
DAVID L. BUNNING,
UNITED STATES DISTRICT COURT JUDGE