## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **DANYAL AND AMELIA SOLOMON,** Individually and on behalf of other similarly situated individuals, | : : : : **CIVIL CLASS ACTION** : : |
| **Plaintiffs** | : : **Case No. 2-20-cv-00165-DLB-CJS** |
| v. | : : |
| **FRONTIER AIRLINES, INC.** | : : |
| **Defendant.** | : : : |

## ORDER REMANDING CASE TO STATE COURT

This Matter before this Court, on the Motion of the Plaintiffs, **DANYAL and AMELIA SOLOMON**, individually and on behalf of other similarly situated individuals, to Stay Response Deadlines on Defendants Motion to Dismiss and Motion to Change Venue and allow Plaintiffs thirty (30) days to respond once the Court issues an Order on Plaintiffs Motion to Remand, the Court having reviewed the pleadings and Motion papers, and being sufficiently advised, the Court GRANTS Plaintiffs' Motion to Stay.

SO ORDERED this _____ day of _____, 20___.

_____
DAVID L. BUNNING,
UNITED STATES DISTRICT COURT JUDGE