**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL ACTION NO. 20-165-DLB-CJS**

**DANYAL SOLOMON, et al.**                                                      **PLAINTIFFS**

v.                                                **ORDER**

**FRONTIER AIRLINES, INC.**                                                    **DEFENDANT**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Plaintiffs Danyal Solomon and Amelia Solomon bring this lawsuit on behalf of a putative class of individuals who purchased tickets from Defendant Frontier Airlines, Inc. Plaintiffs assert claims of breach of contract and unjust enrichment stemming from Frontier's cancellation of flights in response to the coronavirus pandemic. (Doc. # 1-2). Defendant removed the case from Kenton Circuit Court "[p]ursuant to 28 U.S.C. §§ 1332(a), 1441(b) and 1446(a)." (Doc. # 1 at 1). Defendant then filed a Motion to Dismiss Plaintiffs' Complaint for lack of subject-matter jurisdiction and for failure to state a claim (Docs. # 6 and 6-1 at 7) as well as a Motion to Transfer the case to the United States District court for the District of Colorado (Doc. # 5). Plaintiffs have now moved to remand this matter back to Kenton Circuit Court, asserting that removal jurisdiction is lacking because Defendant has failed to establish an amount in controversy above $75,000 as required under 28 U.S.C. § 1332(a). (Doc. # 7). Further, Plaintiffs ask the Court to stay the deadlines to respond to Defendant's Motions until the Court decides Plaintiffs' Motion to Remand. (Doc. # 8).

1

In light of Plaintiffs' pending Motion to Remand, which challenges this Court's subject-matter jurisdiction over the dispute, and the Court being otherwise sufficiently advised, **IT IS ORDERED** as follows:

(1) Plaintiffs' Motion to Stay Response Deadlines on Defendant's Motion to Dismiss and Motion to Change Venue (Doc. # 8) is **granted**; and

(2) Plaintiffs' deadlines for responding to Defendant's Motion to Dismiss (Doc. # 6) and Motion to Transfer (Doc. # 5) are hereby **held in abeyance** until after the Court adjudicates Plaintiff's Motion to Remand (Doc. # 7).

This 17th day of December, 2020.

Signed By:
*David L. Bunning*  DB
**United States District Judge**

J:\DATA\ORDERS\Cov2020\20-165 Order Granting Motion to Extend Response Deadline.docx